UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRENDA M. BAKER,**

    **Plaintiff,**

**v.**                                        **Case No.  3:25-cv-1580-TKW-ZCB**

**SCOTT ALLDAY, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  The Report and Recommendation was mailed to Plaintiff's address of record on December 23, 2025, but it was re-mailed to her at an address that she provided to the Clerk's office by phone on January 9, 2026.  Plaintiff presumably received one or both of these mailings because neither was returned by the Post Office.  Thus, whether the objection period is calculated from December 23 or January 9, it has expired at this point.

2. This case is DISMISSED without prejudice for failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of February, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**